UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Johnna Williams, | ) |
| | ) |
|    Plaintiff, | ) Case No. 4:16-cv-00074-RBH |
| | ) |
| v. | ) |
| | ) |
| Capital One Bank (USA), N.A., | ) |
| | ) |
|    Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Johnna Williams, and Defendant, Capital One Bank (USA), N.A., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that this matter should be dismissed with prejudice, with each party to bear its own costs.

April 4, 2016                       Respectfully submitted,

/s/ Penny Hays Cauley
Penny Hays Cauley
HAYS CAULEY, P.C.
1393 West Evans Street
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
Attorney for Plaintiff

      AND

/s/ Richard C. Keller

>Richard C. Keller
>BURR & FORMAN, LLP
>420 North 20th Street, Suite 3400
>Birmingham, AL 35203
>(205) 251-3000
>(205) 244-5664 Facsimile
>rkeller@burr.com
>Attorney for Defendant